Form 271 (08/06)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re Home Builders Association of GreaterChicago,   Case No. 09 B 44080
      Debtor(s)

Last four digits of Social Security No(s).:
Employer's Tax Identification (EID) No(s). [if any]: 23-7260523

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☐ _____
(name of trustee)
is discharged as trustee of the estate of the above-named debtor;

☑ the chapter __11__ case of the above-named debtor is closed; and

☐ [other provisions as needed]

Date: 2-18-11

_United States Bankruptcy Judge_

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers.*